# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case Nos.**    **3:09cr85/LAC/CJK**

                                                                     **3:11cv38/LAC/CJK**

**LAVELL GARDNER**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 8, 2013 (doc. 50). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 37) is **DENIED.**

2. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 28th day of October, 2013.


_s/L.A. Collier_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**